STATE OF KANSAS, *Appellee*, v. JOHN HOWARD HANNIBAL, *Appellant*.

No. 47,444

Opinion filed November 2, 1974.

*Thomas V. Murray*, of Barber, Emerson, Six, Springer & Zinn, of Lawrence, argued the cause and was on the brief for appellant.

*David Berkowitz*, county attorney, argued the cause and *Vern Miller*, attorney general, was with him on the brief for appellee.

FATZER, C. J.  Affirmed.

GERALD BERAN; A. A. McNEIVE and TOM CHISM, County Commissioners of Barton County, Kansas; RUTH PAINTER, County Clerk of Barton County, MRS. LEEDY MYERS, County Treasurer of Barton County, Kansas, *Appellees*, v. CHARLES B. JOSEPH, RALPH McCARTY; EUGENE E. LEE; HOWARD F. LAWRENCE; and RUDOLPH E. STEPHEN, Board of Tax Appeals of the State of Kansas, *Appellants*.

No. 47,454

Opinion filed December 7, 1974.

*Gary A. Savaiano*, Chief Attorney, *H. D. Oelschlaeger*, and *Eldon L. Gay*, Staff Attorneys, of Topeka, were on the brief for the appellants.

*John M. Russell*, County Attorney, was on the record for the appellees.

*Per Curiam.*  Reversed and remanded.

STATE OF KANSAS, *Appellee*, v. REGINALD L. DUDLEY, *Appellant*.

No. 47,465

Opinion filed December 7, 1974.

*Maurice P. O'Keefe, Jr.*, of O'Keefe, Ball, O'Keefe and Lacey, of Atchison, argued the cause and was on the brief for the appellant.

*J. David Farris*, county attorney, argued the cause, and *Larry R. Mears*, assistant county attorney, was with him on the brief for the appellee.

FOTH, C.  Affirmed.